### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Jeffrey A. Lee**<br>           **Karen A. Lee**<br>                              **Debtors**<br><br>**NewRez LLC d/b/a Shellpoint Mortgage Corporation**<br>                              **Movant**<br><br>              **vs.**<br><br>**Jeffrey A. Lee**<br>**Karen A. Lee**<br>**Kenneth E. West, Trustee**<br>                              **Respondents** | **CHAPTER 13**<br><br><br>**NO.** 23-13459 MDC |

### ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by NewRez LLC d/b/a Shellpoint Mortgage Corporation, it is **Ordered** and **Decreed** that confirmation is **denied**.

                                                                                        _____
                                                                                        Bankruptcy Judge