**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| **IN RE:** Jeffrey A. Lee<br>Karen A. Lee<br><br>**Debtors**<br><br>NewRez LLC d/b/a Shellpoint Mortgage Corporation<br><br>**Movant**<br><br>vs.<br><br>Jeffrey A. Lee<br>Karen A. Lee<br>Kenneth E. West, Trustee<br><br>**Respondents** | CHAPTER 13<br>BK. NO. 23-13459 MDC |

**CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **January 24, 2024**.

**Chapter 13 Trustee**
Kenneth E. West, Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
VIA ECF

**Debtor**
Jeffrey A. Lee
480 Harper Avenue
Morrisville, PA 19067
VIA U.S. MAIL

**Attorney for Debtors**
Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020
VIA ECF

**Joint Debtor**
Karen A. Lee
480 Harper Avenue
Morrisville, PA 19067
VIA U.S. MAIL

Date: January 24, 2024

By: **/s/Denise Carlon**
Denise Carlon, Esquire
KML Law Group, P.C.
The Lits Building
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorney for Movant/Applicant