United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13459-mdc |
| Jeffrey A. Lee | Chapter 13 |
| Karen A. Lee | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 09, 2024 | Form ID: pdf900 | Total Noticed: 79 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey A. Lee, Karen A. Lee, 480 Harper Avenue, Morrisville, PA 19067-6606 |
| 14831047 | + | Action Recovery Online, 2720 E Thomas Rd Bldg C2, Phoenix, AZ 85016-8299 |
| 14831054 | | BBVA, Pnc Cb Investigations, Cleveland, OH 44101 |
| 14848821 | + | New Rez LLC, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14831098 | | TD Bank, N.A., Td Bank Usbc, Greenville, SC 29607 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 10 2024 00:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2024 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14844815 | | Email/PDF: bncnotices@becket-lee.com | Apr 10 2024 00:36:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14831050 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2024 00:35:55 | Amex, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14831048 | + | Email/PDF: bncnotices@becket-lee.com | Apr 10 2024 00:36:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14831049 | + | Email/PDF: bncnotices@becket-lee.com | Apr 10 2024 00:47:58 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14831052 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 10 2024 00:20:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14831051 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 10 2024 00:20:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14847981 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 10 2024 00:20:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14831056 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 10 2024 00:21:00 | Caliber Home Loans, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14831055 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 10 2024 00:21:00 | Caliber Home Loans, Attn: Bankruptcy, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 14831057 | + | Email/Text: bnc-capio@quantum3group.com | Apr 10 2024 00:21:00 | Capio Partners, LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14831058 | + | Email/Text: bnc-capio@quantum3group.com | Apr 10 2024 00:21:00 | Capio Partners, LLC, Law Office Of Mitchell D., Dallas, TX 75312-0001 |
| 14831059 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2024 00:35:38 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, |

Case 23-13459-mdc    Doc 30    Filed 04/11/24    Entered 04/12/24 00:34:27    Desc Imaged
Certificate of Notice    Page 2 of 7

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 09, 2024 | Form ID: pdf900 | Total Noticed: 79 |

| | | | | |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 14831060 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2024 00:36:39 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14833599 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 10 2024 00:35:56 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14831064 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2024 00:35:30 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14831063 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2024 00:49:43 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14838926 | | Email/Text: bnc-quantum@quantum3group.com | Apr 10 2024 00:21:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14831065 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2024 00:21:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14831066 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2024 00:21:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 14831067 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2024 00:21:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14831068 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2024 00:21:00 | Comenitycapital/bjsclb, Po Box 182120, Columbus, OH 43218-2120 |
| 14833819 | | Email/Text: mrdiscen@discover.com | Apr 10 2024 00:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14831070 | + | Email/Text: mrdiscen@discover.com | Apr 10 2024 00:20:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14831069 | + | Email/Text: mrdiscen@discover.com | Apr 10 2024 00:20:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14831071 | + | Email/Text: dplbk@discover.com | Apr 10 2024 00:21:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14831072 | + | Email/Text: dplbk@discover.com | Apr 10 2024 00:21:00 | Discover Personal Loans, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14844753 | | Email/Text: bankruptcytn@wakeassoc.com | Apr 10 2024 00:20:00 | EMERGENCY CARE SERVICE OF PA, PC, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 51272, KNOXVILLE, TN 37950-1272 |
| 14831074 | | Email/Text: rj@ffcc.com | Apr 10 2024 00:20:00 | First Federal Credit Control, 24700 Chagrin Blvd, Cleveland, OH 44122 |
| 14831073 | | Email/Text: rj@ffcc.com | Apr 10 2024 00:20:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 14831078 | | Email/Text: BNSFN@capitalsvcs.com | Apr 10 2024 00:21:00 | First National Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104 |
| 14831077 | | Email/Text: BNSFN@capitalsvcs.com | Apr 10 2024 00:21:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14831075 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 10 2024 00:21:00 | First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14831076 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 10 2024 00:21:00 | First National Bank, P.o. Box 3412, Omaha, NE 68197 |
| 14831079 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 10 2024 00:20:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14831080 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 10 2024 00:20:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 14831081 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 10 2024 00:21:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14831082 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

Case 23-13459-mdc    Doc 30    Filed 04/11/24    Entered 04/12/24 00:34:27    Desc Imaged
Certificate of Notice    Page 3 of 7

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 09, 2024 | Form ID: pdf900 | Total Noticed: 79 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14845283 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 10 2024 00:21:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| | | | Apr 10 2024 00:21:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14831061 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 10 2024 00:35:24 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14831062 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 10 2024 00:36:02 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14837045 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 10 2024 00:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14831083 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 10 2024 00:20:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14831084 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 10 2024 00:20:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14839290 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2024 00:35:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14843866 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 10 2024 00:21:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14848692 | ^ | MEBN | Apr 10 2024 00:20:32 | NewRez LLC d/b/a Shellpoint Mortgage Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14847580 | | Email/Text: mtgbk@shellpointmtg.com | Apr 10 2024 00:21:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 14831085 | + | Email/PDF: cbp@omf.com | Apr 10 2024 00:35:56 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14831086 | + | Email/PDF: cbp@omf.com | Apr 10 2024 00:35:25 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14831053 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 10 2024 00:20:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 14847471 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 10 2024 00:20:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14847187 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2024 00:36:29 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14837653 | | Email/Text: bnc-quantum@quantum3group.com | Apr 10 2024 00:21:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14831088 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2024 00:35:52 | Syncb/venmo, Attn: Bankruptcy, P.O. Box 965015, Orlando, FL 32896-5015 |
| 14831089 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2024 00:35:33 | Syncb/venmo, Po Box 965015, Orlando, FL 32896-5015 |
| 14831091 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2024 00:36:15 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14831092 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2024 00:48:55 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14831093 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2024 00:35:26 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14831094 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2024 00:36:26 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14831097 | | Email/Text: bankruptcy@td.com | Apr 10 2024 00:21:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 14847912 | + | Email/Text: bncmail@w-legal.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 10 2024 00:21:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 14843952 | | ^ MEBN | Apr 10 2024 00:20:38 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14831095 | + | Email/Text: bncmail@w-legal.com | Apr 10 2024 00:21:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14831096 | + | Email/Text: bncmail@w-legal.com | Apr 10 2024 00:21:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 14831100 | + | Email/Text: bkelectronicnotices@usaa.com | Apr 10 2024 00:20:00 | USAA Federal Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 14831099 | + | Email/Text: bkelectronicnotices@usaa.com | Apr 10 2024 00:20:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 14846391 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 10 2024 00:35:54 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14831102 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 10 2024 00:36:02 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 14831101 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 10 2024 00:36:17 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14831104 | | ^ MEBN | Apr 10 2024 00:20:33 | Westlake Portfolio Management, LLC, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |
| 14831103 | | ^ MEBN | Apr 10 2024 00:20:15 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 14837548 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2024 00:35:56 | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 74

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14831087 | | Pfcp/fbt/fa2/cws |
| 14831090 | | Syncb/walmart |
| 14833709 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14838620 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14839526 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14839527 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14839736 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 09, 2024 | Form ID: pdf900 | Total Noticed: 79 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2024         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Corporation bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Jeffrey A. Lee support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Karen A. Lee support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Jeffrey A. Lee | : | Chapter 13 |
| ,     Karen A. Lee | : | |
| Debtor(s). | : | Bankruptcy No. 23-13459 -MDC |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Dated: April 8, 2024

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE