## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **JEFFREY A. LEE**   : **CHAPTER 13**
      **KAREN A. LEE**   :
      **Debtors**   : **BANKRUPTCY NO. 23-13459PMM**

### TIME SHEETS  FOR FEE APPICATION

### EXHIBIT A

**Hours for Paul Young, Esq. and Carol McCullough, Esq.**

| | | |
|---|---|---|
| 8/25/2023 | Meeting with Debtors and intake for BK filing | 1.3 |
| 11/13/23 | Meeting with Debtors for filing | .8 |
| 11/14/2023 | Filed documents with Court for Chapter 13 | .6 |
| 11/28/2023 | Prepared and filed a Motion to Extend time for schedules | .4 |
| 12/1/2023 | Meeting with clients regarding information necessary to complete schedules | 1.1 |
| 12/13/2023 | Prepare and file remaining documents for Bankruptcy | .9 |

12/19/24 – 2/13/2024 – emails to client and phone calls regarding information necessary to hold their meeting with the trustee and their failure to provide documents   .8

2/13/2024 – Receipt and review of motion to dismiss, emails to client regarding payments and 341 meeting cancellation because missing documents   .7

6.6 @ $350 per hr.

**$2,310.00**

Respectfully Submitted:

Carol B. McCullough, Esquire
Young, Marr, Mallis & Associates
3554 Hulmeville Road, #102
Bensalem, PA 19020
support@ymalaw.com
cmccullough@ymalaw.com
Phone:  215-639-5297